**150**

Donald H. BRANCATO,
Appellant/Plaintiff,

v.

ST. LOUIS COMMUNITY COLLEGE AT
FLORISSANT VALLEY, and Richard
Booker, Respondents/Defendents.

No. 71710.

Missouri Court of Appeals,
Eastern District,
Division Five.

May 6, 1997.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 14, 1997.

Application to Transfer Denied
Aug. 19, 1997.

Donald H. Brancato, St. Louis, pro se.

Priscilla F. Gunn, Evans & Dixon, St. Louis, for respondents/defendants.

Before AHRENS, C.J., CRANDALL, J., and CHARLES B. BLACKMAR, Senior Judge.

*ORDER*

PER CURIAM.

Plaintiff, Donald Brancato, appeals from a directed verdict entered in favor of defendant, St. Louis Community College at Forest Park (hereinafter College) and from a judgment entered in favor of defendant, Richard Booker, upon a jury verdict. We affirm.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).